**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| David and Ruth Kopp, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Plaintiffs, | ) | **WITH PREJUDICE** |
| | ) | |
| vs. | ) | Case No. 4:07-cv-037 |
| | ) | |
| Canadian Pacific Railway Company, | ) | |
| | ) | |
| Defendant. | ) | |

On December 20, 2007, the parties filed a pleading entitled "Stipulation of Dismissal With Prejudice." The parties have informed the Court that they have reached an agreement to resolve this matter. The Court **ADOPTS** the stipulation in its entirety (Docket No. 11) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 21st day of December, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court